IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| JACKOLYN B. WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>MEMORIAL HEALTH CENTER; and REPRESENTATIVE DISCHARGE PLANER AND/OR DISCHARGE CASE PLANER,<br><br>    Defendants. | CIVIL ACTION NO.: 6:20-cv-061 |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's July 7, 2020, Report and Recommendation, (doc. 4), to which Plaintiff has not filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 4), as its opinion and **DISMISSES** Plaintiff's Complaint, (doc. 1). The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 29th day of September, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA