AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JACKOLYN B. WILLIAMS,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:20-cv-61

MEMORIAL HEALTH CENTER; and
REPRESENTATIVE DISCHARGE PLANER AND/OR
DISCHARGE CASE PLANER,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court, dated 09/29/2020, the Report and Recommendations of the Magistrate Judge are ADOPTED as the Order of this Court and Plaintiff's Complaint is DISMISSED. This civil action stands closed.

Approved by: _____
JUDGE R. STAN BAKER

October 5, 2020
Date

John E. Triplett, Acting Clerk
Clerk

(By) Deputy Clerk

GAS Rev 10/2020